ORiginAl

Common Pleas Court,
Jackson, OH 45640

Plaintiffs,
Rick Ross
67 410 Murphy Rd.
McArthur OH 45651

**FILED**
COMMON PLEAS COURT
JACKSON, OH

FEB 19 2013

SETH I. MICHAEL, CLERK

COMPlAinT

Ashlee Ross
11 E. C St.
Wellston, OH 45692

CAse NO
13 CI V0054

versus

Defendants.
Mike Music in their capacity.
Jackson City Police Department.
Jackson County Crimes Task Force.
199 Portsmouth St.
Jackson, OH 45640

Keith Copas in their capacity.
Jackson County Sheriff's Department.
350 Portsmouth St., Jackson, OH 45640

James Ephlin in their capacity.
Chief deputy Jackson County Sheriff's Department.
Jackson County crimes task force.
350 Portsmouth St., Jackson, OH 45640

Jack Detty in thier capacity
Jackson County prosecutor.
295 Portsmouth St., Suite 100 Jackson, OH 45640

Tom Masters in their capacity.
Jackson city Police Department.
Jackson crimes task force.
199 Portsmouth St., Jackson, OH 45640

John Shasteen in their capacity.
Jackson County Sheriff
350 Portsmouth St., Jackson, OH 45640

Carl Eisnaugle in their capacity.
Chief of police
Jackson city Police Department.
199 Portsmouth St., Jackson, OH 45640

Ray Vannatter in their capacity.
Chief bailiff and chief probation officer.
Jackson County Municipal Court.
295 Broadway, Suite 101
Jackson, OH 45640

Jackson county sheriffs Dept in thier capacity
350 Portsmouth street
Jackson Ohio 45640

Complaint

1.          Now comes the plaintiffs to allege that the above-named defendants violated the plaintiff's constitutional rights and the right to due process. Guaranteed every person under the Constitution of the United States. The above-named defendants violated the plan is fourth, fifth, six and 14th amendments. Attached to compliant are exhibits showing that the defendants violated the plaintiff's constitutional rights and that the plaintiff Rick Ross was maliciously prosecuted, wrongfully arrested and wrongfully incarcerated.

2.          On February 18, 2011, plaintiff Rick Ross had spent the night at 11 E. C St. The plaintiffs will show that defendants Ray Vannatter James Ephlin and Mike music violated the plaintiff's constitutional rights by falsifying evidence. Defendant Mike music of the Jackson County crimes task force and Jackson city Police Department called defendant James Ephlin chief Deputy of the Jackson County Sheriff's Department and member of Jackson County crimes task force and codefendant Ephlin that there was a possibility of cultivation of marijuana 11 E. C St. Defendant James Ephlin and Mike music and Ray Vannatter of the Jackson County Municipal Court, who is chief probation officer in bailiff of the Municipal Court got together and devised a plan of doing a home inspection at 11 E. C St., Wellston, OH as one of the persons living in the house. Josh will Ross was on probation.

3.          When in fact the defendants Ray Vannatter James Ephlin and Mike music had no probable cause to search or do a home inspection of 11 E. C St. as the probationer Josh will Ross had given the probation department. No cause to inspect the home of 11 E. C St. The facts are Mike music received an anonymous call stating there might be marijuana in the basement of 11 E. C St., As in Florida versus JL 529 US 266 120 S. CT. 1375, 2000 US Lexis 2345 held that an anonymous tip without more sufficient to justify by their own observations, but solely from a call made from an unknown location or unknown caller lacks sufficient indicia 0f reliability and left the defendants with no predictive, information and therefore left the defendants without means to test informants, knowledge.

4.          Exhibit attached shows that there was a phone call to Mike music, alleging the marijuana grow system in the basement of 11 E. C St. and from that the defendants Mike music James Ephlin and Ray Vannatter devised a plan under falsified means to enter 11 E. C St.

5.          At the residence of 11 E. C St. on February 18, 2011 were plaintiff Rick Ross plaintiff Ashlee Ross, Joshua Ross, Lester Mullins, Charles Townsend and Betty Jane ghearing, owner of 11 E. C St.
Plaintiff Rick Ross, along with Joshua Ross and Lester Mullins were arrested for probation violation and cultivation of marijuana. The facts being that plaintiff Rick Ross was not on probation, nor was 11 E. C St. his residence. At the time plaintiff Rick Ross was placed in the back of the Jackson County Sheriff Department's cruiser by Deputy Keith Copas, also a defendant in the above

styled action. The plaintiff was under arrest. The home of 11 E. C St., Wellston, OH. In fact, did belong to plaintiff Rick Ross and was not plaintiffs home address. The defendants violated the plaintiff Rick Ross's constitutional rights by arresting him for cultivation of marijuana in a home that did not belong to the plaintiff.

5.    Plaintiff Rick Ross, along with Josh will Ross and Lester Mullins were transported to the Jackson County correctional facility by defendant Deputy Sheriff Keith Copas. Plaintiff Rick Ross, along with Josh will Ross and Lester Mullins were all separated. Lester Mullins being taken to the Jackson Police Department holding, cell, Joshua Ross being handcuffed to a chair in the front of the Jackson County correctional facility in plaintiff Rick Ross being held in the Jackson County correctional facilities holding cell. The plaintiff Rick Ross, along with the other two members arrested were held until that night. When they were questioned individually by defendants Mike music James Ephlin, Jeff McCormack of the federal Bureau of investigation and Secret Service agent Gordon of United States treasury.

6.    At these interrogations, the defendants Mike music and James Ephlin again violated the plaintiff Rick Ross's constitutional rights and a right to due process. One of the individuals arrested for cultivation of marijuana. In fact, gave a confession that the marijuana being cultivated in the basement of 11 E. C St. was in fact his. The individual who gave his confession, was Joshua Ross, who lived at 11 E. C St. The defendants Mike music and James Ephlin who was acting at the time as members of the Jackson County crimes task force. Chose to violate plaintiff Rick Ross's constitutional rights might do process by never telling the plaintiff Rick Ross that there had been a confession given by Joshua Ross. Defendants Mike music and James Ephlin instead decided to hide the confession and hold the plaintiff Rick Ross in the Jackson County correctional facility in charge. The plaintiff cultivation of marijuana, a felony of the third degree under the high revised code. Hiding this confession, the defendants wrongfully incarcerated the plaintiff for 122 days.

All the defendants in the above styled action that what they was going to do plaintiff was wrong. But the defendants Mike music James Ephlin Tom Masters Keith Copas Ray Vannatter and prosecutor Jack Detty chose to hide the evidence of the confession and pursue a conviction against the plaintiff Rick Ross. In doing this, the defendants, put enormous amounts of pain and suffering along with mental and physical stress. The plaintiff, as he was innocent person being arrested thrown in jail and made face a jury trial, with the possibility of receiving five years in the state penal system. If convicted.

7.    The defendants Mike music James Ephlin Tom Masters and Keith Copas are guilty of violating the plaintiffs constitutional rights and the right to due process, by seizing property that belong to plaintiff Rick Ross on occasions that had nothing to do with the plaintiff being arrested, incarcerated, and having to face a jury trial for cultivation of marijuana. The following exhibits

attached to the complaint will show the violations of the fourth, fifth, sixth and 14th amendments of the Constitution.

1, or about February 24, 2011 defendants Jame Ephlin Tom Masters and Mike music along with Jeff McCormack of the federal Bureau of investigation and Secret Service agent Gordon of the United States Treasury Department, served a search warrant on Cindy, Townsend at 11 E. C St., Wellston, OH, for the possession of harrow one and trafficking in pills. The defendants seized eight 2008 Nissan Altima belonging to the plaintiff Rick Ross, but in the name of plaintive Ashlee Ross. The 2008 Nissan Altima was never used by Cindy Townsend, but in fact was seized due to a light system being in the trunk. The defendants took the Nissan Altima two Ron's garage and seized a vehicle on the case against the plaintiff Rick Ross on the compilation of marijuana. The affidavit for the search warrant and the search warrant in no way mentioned the seizing of the vehicle. But instead was about the seizing of any deals drugs, drug instruments, computers, printers, cell phones. The defendants. In fact, violated the plane Rick Rosss constitutional rights by seizing the vehicle, so that the vehicle could not be held as collateral for a loan to post plaintiff Rick Ross's bond. Exhibit attached will show that the vehicle at been put up for collateral at US pawn previously.

2. On or about March 6, 2011, Cindy Townsend and Alisha Massey were driving a silver 2000 GMC Jimmy also belonging to the plaintiff Rick Ross, but titled in plaintive Ashlee Ross's name. Defendants Jame Ephlin Keith Copas and Deputy Sheriff, Aaron Ervin stop the vehicle, along with the Wellston Police Department in Wellston, Ohio. The supposed stop was that Cindy Townsend was seen driving the 2000 GMC Jimmy belonging to plaintiff Rick Ross, two hours earlier and were stopping the vehicle for Cindy Townsend, driving under suspension. At this time. Chief Deputy James Ephlin Jackson Deputy Sheriff Keith Copas violated again, the constitutional rights of plaintive Rick Ross. As the plaintiffs phone calls were being monitored in the Jackson County correctional facility as the exhibit will share. In the vehicle belonged to plaintiff Rick Ross and driven by Alisha Massey with the passenger being Cindy Townsend, there was a sports collection of valuable baseball, football and basketball cards complete collections of famous athletes even a collection of Negro league ballplayers. This collection was being taken to Columbus, Ohio, to be sold at a sports car collector. So that the money out of the sports collection could also be applied to the money gotten from the 2008 Nissan Altima and secure the bond for 1 plaintive Rick Ross. But instead the defendants named in the above styled action did not want to plaintive Rick Ross to make bond and the and the defendants chose to seize the vehicle and seized the sports collection. So the plaintiff could not make bond.

8.                          From the outset, the defendants Mike music James Ephlin Keith Copas Ray Vannatter and prosecutor Jack Detty coerced with each other. A plan that the plaintiff Rick Ross is going to be the scapegoat for the alleged charge of cultivation of marijuana. But in fact is, all the exhibits his show that due to the hiding of the confession by Joshua Ross by the defendants and the prosecutor Jack Detty that the plaintiff Rick Ross had to have his attorney Jill

Shriver file for an extension of time before trial, due to the fact that the defendants did not turn over in the original discovery. The confession. But instead to wait until two weeks before the trial date to hand the plaintiffs attorney and the plaintiff a vanilla envelope with the words new discovery. When there was no new discovery. The confession by Joshua Ross was given on February 18, 2011.

9.                                      Defendant James Ephlin chief Deputy of the Jackson Sheriff's Department and member of the Jackson crimes task force falsified documents on the seizure of the 2008 Nissan Altima. Attached as exhibit is a letter dated March 15, 2011. A letter concerning the vehicle and that it was at Ron's garage and could be released that whatever the cost of Ron's garage. But this letter was delivered certified mail to Ashlee Ross, whose name the vehicle is in the belonging to plaintive Rick Ross on February 1, 2012. A year after the vehicle was seized. There is no possible way that the letter was ever sent before February 1, 2012 because of the date it was certified in that the plaintive Ashlee Ross had to sign for the registered letter. This again showing some of the tactics that the defendants had went to to try secure a conviction on the plaintiff Rick Ross.

10.                                     The defendants prosecutor Jack Detty Mike music James Ephlin also violated plaintiffs Rick Ross and Ashlee Rosss constitutional rights. By coercing statements from Joshua Ross and Ashlee Ross. The original statement given by Ashlee Ross was that she knew nothing about the cultivation of marijuana in the basement of 11 E. C St. and neither did the plaintiff Rick Ross. But the defendants Ashlee Ross in and Out Of Jail to a She Goat a Second Statement Implicating Plaintive Rick Ross.

                                        The defendants prosecutor Jack Detty Mike music James Ephlin also coerced statements from Joshua Ross. They original statement being the confessional February 18, 2011. The second coming after Joshua Ross was found to have harrow one on his person and violate his probation. The defendants made a deal with Joshua Ross to make a video against plane Rick Ross in exchange for all charges against Josh will Ross to be just dropped.

11.                                     On June 9, 2011, plaintiff Rick Ross went to trial cultivation of marijuana as exhibits will show, defendants Mike music perjured himself during the course of cross examination, as Mr. music stated that they had 11 E. C St. under surveillance for a period of time. And that plaintive Rick Ross came and went continuously driving the bread 2008 Nissan Altima, but the surveillance documents introduced as evidence at trial showed that the plaintive Rick Ross was only at 11 E. C St. one time is driving the silver 2000 and GMC Jimmy. Again violating the plaintive Rick Rosss constitutional rights right to due process. Also, June 9, 2011 plaintiff Rick Ross was found **not guilty by a jury.** After being found not guilty by a jury. The defendants should have returned all seized items as there was never a forfeiture hearing any of the seized items, none of the seized items were returned to plaintiff Rick Ross.again calls and him

enormous amounts of pain and suffering along with mental and physical stress.
As plaintiff Rick Ross did not seek employment to take care of his family due to
facts of the vehicle being seized complaint is billfold being seized with license
Social Security card and money in it and never returned. In fact, August 16, 2011
plaintiffs attorney Jill Shriver filed for the return of the seized items, and an order
was issued by the Common Pleas judge for the return of seized items. And the
defendants chose to ignore the order and tell the plaintiff that they could not find
the seized items in an and that they were not in the evidence room as required
by law, all again violating the defendant's constitutional rights right to due
process.

11.                          Attached also in the exhibits his letters written to
Jackson County Sheriff John Shasten and Jackson city police chief Carl,
Eisnaugle that members of their department's was in fact ignoring the court order
and that none of the items were found in evidence as they were supposed to be
and that if the items were not returned as the order stated and the items that
were taken in other doings of defendants Mike music James Ephlin Keith Copas
and Tom Masters that there will be a suit filed for the return of those items.
Again, the plaintiff Rick Ross heard nothing from none of the departments
Jackson County Sheriff's Department or. Jackson city Police Department. Again
violating the plaintiffRick Rosss constitutional rights right to due process.

12.                          All defendants in the above styled action were
derelict in their duties and use the powerof their office and he used the power of
being police officers, to falsify evidence and hide evidence. None of the above
mentioned defendants are entitled to any type of immunity from liability. As from
the start. February 18, 2011 until June 9, 2011, the day of plaintive been found
not guilty. The defendants had done nothing but use their offices to cover up the
real evidence that the plaintive Rick Ross was not guilty of cultivation of
marijuana. The chose to use anything they could to obtain a conviction on the
plaintiff. The mere fact that the prosecutor and the rest of the defendants chose
to ignore the fact that directly in front of them was a confession, and that the
prosecution of the plaintiff Rick Ross should've went no further. And that the
plaintiff Rick Ross, due to the negligence of all the defendants being they
wanted a conviction on the plaintiff Rick Ross was not the underlying motive for
a conviction. The underlying motive for the conviction was that the defendants,
along with the Federal Bureau of investigation agent Jeffrey McCormick and
United States treasury officer Gordon in fact believed the plaintiff Rick Ross was
involved in the illegal making of counterfeit money. That in fact is why all the
computers, printers, cell phones and electronic devices were seized. As the
interrogations of plaintiff Rick Ross, along with Joshua Ross and Lester Mullins
was about counterfeit money. As the exhibits of the interrogation of February 18,
2011 will show that all parts of the interrogation were blocked out except about
the cultivation of marijuana 11 E. St.

13.                          The facts before the court will show that all the
defendants named in the above styled action are guilty of violating the plaintiff

Rick Rosss constitutional rights being the fourth amendment. The Fifth Amendment. The sixth amendment and the 14th amendment to the Constitution of the United States as well as the constitutional rights provided by the Constitution, Ohio, section 14. Article 1, not to mention section 10 article one of the higher Constitution. And that by the seizing the plaintiffs Rick Ross's property and vehicles. Belonging to plaintiff Rick Ross, but being in plaintiff Ashlee Ross's name and causing plaintiff Rick Ross to be wrongfully arrested and wrongfully incarcerated for 122 days and to endure the pain and suffering, and a mental stress of going through a jury trial, and that he could possibly do five years in Ohio state penal system would cause any reasonable individual a enormous amount of pain and suffering along with mental and physical stress that he may be taken our society and be away from his family. That number of years. That the defendants named in the above styled action are liable for all the pain and suffering and physical and mental stress.

14. The pain-and-suffering caused plaintiff Rick Ross and the enormous amounts of mental stress caused to the plaintiff by enduring being incarcerated By defendants.The deceit and underhandedness used by defendants to keep plaintiff from making bail and have to endure all the suffering and stress of being tried in a court of law by a jury for a crime. Plaintiff did not commit and the pain-and-suffering caused plaintiff Ashlee Ross by the blatant disregard for law by all the defendants Mike music chief Deputy James, Ephlin Deputy, Keith Copas, chief probation officer Ray Vannatter, Jackson County Sheriff John Shasteen and Jackson city police chief Carl Eisnaugle. That all these defendants conspired and coerced in this travesty of justice. to disregard the Constitution of the United States and take the law inert own hands, even coercing plaintiff Ashlee Ross by releasing her from jail and keep throwing her back in until plaintiff Ashlee Ross changed her statement. The plaintiff Rick Ross submits that the search of the vehicle was unconstitutional, or about February 26 two 2011. That Cindy Townsend was not driving the 2000 silver GMC Jimmy and could not be stopped for driving under suspension that was supposed to happen two hours earlier. The defendants, chief Deputy James Ephlin and Jackson Deputy Sheriff Keith Copas violated the plaintiff Rick Ross's constitutional rights under the Constitution of United States and seized the sports collection of rare sports memorabilia, including baseball, basketball, and football cards. The sports collection included a rare collection of Negro ballplayers and also included complete sets of cards . The defendants had no reason to seize any of the sports collection as the sports collection had nothing to do with the stop. The plaintiff submits that the search of the vehicle was unconstitutional. The plaintiff submits that no permission was given for the search. Furthermore, if the court finds that permission was given for the search of the vehicle. It did not come from the person had authority to authorize the search the time of the search. The officers knew the name of the owner of the vehicle and in the defendants failed to gather proper information for the search will the defendant's actions in this case violated the defendant's constitutional rights as guaranteed in under the fourth and14th amendments of the United States Constitution, as well as section 14 article 1 of the Ohio Constitution and the fifth and sixth amendments of the

United States Constitution, not to mention section 10 article 1 of the Ohio Constitution.

15.                                          Attached as exhibits are copies of everything.
The defendant seized on February 18, 2011, also attached as exhibits are copies of the items seized, such as the vehicle, a 2008 Nissan Altima seized on or about February 26, 2000 on a search warrant for Cindy Townsend. But the seizure of the vehicle was used as evidence by the defendants in the case against the plaintiff Rick Ross on cultivation of marijuana and the warrant against Cindy Townsend was in no way connected to the cultivation of marijuana case. Upon seizing the sports collection. The defendants James Ephlin, nor Keith Copas gave neither Cindy Townsend or Alisha Massey, a copy of the names of the sports players on the cards. Whether it be baseball, basketball or football as there were thousands upon thousands of cards. The defendants again to that upon themselves to seize the cards and also seize the 2000 silver GMC the belonging to plaintiff Rick Ross titled in plaintiff Ashlee Ross's name and have the vehicle taking to Ron's garage a in pound yard. When the plaintiff Rick Ross was being wrongfully incarcerated in the Jackson County correctional facility and had no say in the matter of the stop and was unaware of who did and didn't have license.

16.

## Conclusion

For over a century, the US Supreme Court has always recognized the following;" no right is held more sacred, or is more carefully guarded, by the common law then the right of every individual to the possession and control of his own person, free from all restraint interference of others, when by clear and unquestionable authority of law,"union pacific R. Co. v. Botsford 141 US(1891).

The Fourth Amendment right against unreasonable searches and seizures, make applicable to the states by the 14th amendment," protects people, not places," and therefore applies as much to the citizen on the streets, as well as at home or elsewhere. Terry v. Ohio, 392 US 1(1968).

The US Supreme Court held, "simple good faith on the part of the arresting officer is not good enough... If subjective good faith alone were the test, the protections of the fourth amendment would evaporate, and the people will be secure in their persons, all, papers, and effects, only in the discretion of the police" Beck v Ohio, and the, 379 US 89(1964)

17.                                          A list of all the items taken on **February 18, 2011** that was attached to warrant, the plaintiff has attached a copy of the list of items to this complaint. Also, a copy of the list of Cindy Townsend on or about February 26, 2011 pertaining to the seizure of the Nissan Altima. Which was seized in the search and seizure warrant of Cindy Townsend and then used as evidence in

the cultivation of marijuana at 11 E. C St., Wellston, I as the vehicle, the 2008
Nissan Altima was not a part of the warrant for Cindy Townsend. As that warrant
pertained to the possession of heroin and the sale of oxycodone 30s. As the
itemized list of Cindy Townsend will show and the work will tell me, the Nissan
Altima was seized illegally. The defendants for or about March 6, 2011 seized
the sports cards and memorabilia, and never gave either Cindy Townsend, nor
Alisha Massey, a copy of the seized items. But in fact the defendants James
Ephlin Mike music and Deputy Sheriff Keith Copas, what have had to itemize
thousands and thousands of baseball, football and basketball cards. Some of
the cards valued in the thousands, some of the cards valued in cents. The
estimated value of the collection estimated to be between $35,000 and $50,000.
But as the plaintiff Rick Ross had saved,
bought and traded for all the sports memorabilia cards. The plaintiff had. To be
able to pass down to his son Josh will Ross. The sentimental value of the sports
collection that the plaintiff could have passed on to his son Josh will Ross. There
can never be a value set on that.

18.                           1. The plaintiffs Rick Ross and Ashlee Ross demands
that due to violating of all the constitutional rights, the fourth, the fifth, the sixth,
and the 14th amendments of the United States Constitution, as well as section
14, article 1 of the Ohio Constitution, not to mention section 10, article 1 of the
Ohio Constitution. That all the defendants named in the above styled action
delivered back to the plaintiffs. The items that were seized, February 18, 2011,
on or about February 26, 2000 and owner about March 6, 2011. The plaintiff's
Rick Ross and Ashlee Ross demand that the defendants pay the value of the
seized items, if the seized items can long longer be found. Or demand that The
defendants pay for what ever items that cannot be located. As the items were
missing from the evidence room.

19,                           2. The plaintiff Rick Ross demands that the defendants
named in the above styled action, due to their violation of the plaintiff's
constitutional rights guaranteed in the United States Constitution and the rights
guaranteed the plaintiff under the Ohio Constitution , and due to the pain and
suffering and the mental and physical stress caused the plaintiff by being falsely
arrested wrongfully incarcerated for 122 days and made go through the ordeal of
a trial, not knowing the outcome, and that the plaintiff could possibly serve 5
years for a crime he didn't commit. Along with the negligence and the fact of the
defendants using their offices and the powers of police officers to obtain a
conviction. The hiding of exculpatory evidence, that showed plaintiff Rick Ross
was not guilty of the crime for which he had been charged; cultivation of
marijuana. And that by holding the seized items, the plaintiff could not find
employment for due to the recklessness of the defendants on the seized items
they had the plaintiffs, ID Social Security card and vehicle. And the losses of
wages due to being incarcerated in the loss of being able to be with his family.
The plaintiff demands that all the above named defendants in this action, Pay
the actual and punitive damages in the total sum of **$150,000. And that the
defendants be required to pay for plaintiff's psychological evaluation and**

**psychological services until deemed fit by a psychologist of the plaintiffs choosing.**

Submitted by

Rickie I Ross

*Rickie L. Ross*

PRO-SE

Common Pleas Court.
Jackson County, Ohio.
45640

**PlaintiffS**
**Rick Ross**
**Summons**
**Ashlee Ross**

**versus**

**State of Ohio**
**case number**
**Jackson County prosecutor.**
**Jackson County Sheriff's Department.**
**Jackson city Police Department.**
**Jackson County, Major Crimes Task Force.**

### To the Following Name. Defendants;

1.  **Mike Music 199 Portsmouth St., Jackson, OH, 45640**
**Jackson city Police Department, a.k.a. Jackson County Maj. Crimes Task Force.**

2.  **Keith Copas 350 Portsmouth St., Jackson, OH 45640**
**Jackson County Sheriff's Department.**

3.  **James Ephlin, 350 Portsmouth St., Jackson, OH 45640**
**chief deputy Jackson County Sheriff's Department, a.k.a. Jackson County Maj. crimes task force.**

4.  **Jack Detty, 295 Portsmouth St., Suite 100, Jackson, OH 45640**
**Jackson County prosecutor.**

5.  **Tom Masters, 199 Portsmouth St., Jackson, OH 45640**
**Jackson city Police Department, a.k.a. Jackson County major crimes task force.**

6.  **John Shasteen, 350 Portsmouth St., Jackson, OH 45640**
**Sheriff, Jackson County Sheriff's Department.**

7.  **Carl Eisnaugle, 199 Portsmouth St., Jackson, OH 45640**
**Chief of Police, Jackson city Police Department.**

ET AL

You have been named defendants in a complaint filed in Jackson County, Court of Common Pleas, Jackson County Courthouse, Jackson, Ohio, 45640 by Rickie L Ross 67410 Murphy Rd. McArthur OH 45651 and Ashlee Ross 11 E. C St., Wellston, OH 45692.

A copy of the complaint is attached hereto, the name of the plaintiff's attorney pro se.

You are hereby summoned and required to serve upon the plaintiffs attorney or plaintiffs, if no Attorney of record. A copy of an answer to the complaint, within 28 days after service of this summons on you, exclusive of the day of service your answer must be found within the court within three days after service of the copy of the answer on the plaintiff.

If you failed to answer, appear, or defend, judgment will be rendered against you for the relief demanded in the complaint.

Submitted by

Rick Ross

pro se

# JACKSON COUNTY SHERIFF'S OFFICE

350 Portsmouth Street, Suite 101
Jackson, Ohio 45640
*John L. Shasteen, Sheriff*

March 15, 2011

Ashlee R. Ross
11 East C. Street
Wellston Ohio 45692

Buckey Pawn Shop Inc DBA
Autopawn USA
1560 Harrisburg Pike, Columbus, Ohio 43223

This is to inform you that a, 2008, Nissan, VIN# 1N4BL24E58C168671
registered to you, is still being held at:

Ron's Garage and Wrecker Service,
174 Athens Street
Jackson, Ohio 45640.
Phone 1-740-286-1642

The vehicle was towed, and is listed as in GOOD CONDITION.

The vehicle was towed February 25,2011. There is a towing bill of $100.00 dollars and a
storage bill at $20.00 Per Day, from February 25, 2011 to PRESENT, tax to be added, as
of PRESENT DATE.

You are required to, with in 10 days of the receipt of this notice, contact Ron's Garage
and settle the Towing and Storage Bill before the vehicle can be released. Failure to do so
will result in a salvage title being issued to the towing service.

James E. Ephlin
Chief Deputy
Jackson County Sheriff's Office

Jail
740-288-1388

Sheriff's Office
740-286-6464

Fax
740-286-5635

Office of the Sheriff
John L. Shasteen
350 Portsmouth Street
Jackson OH 45640

7007 3020 0003 2277 4532

CERTIFIED MAIL

Ashlee R. Ross
11 East C Street
Wellston OH 45692

45552381247

# Shriver Law Office, Ltd.
## Jill H. Shriver, Esq.

August 19, 2011

Rickie L. Ross
34527 Dupue Road
Hamden, OH 45634

      Re: State of Ohio v. Rick Ross, Case No. 11CR033

Dear Rick:

      Enclosed is with this letter is a copy of the Order Granting Return of Seized Property for your case. You should be able to take this order and retrieve your items. These are the only items we can retrieve under the above case number.

Sincerely,

Jill H. Shriver, Esq.

Enclosure

311 Water Street, Suite B., Jackson, Ohio 45640
Tel. 740-286-4800 * Fax. 740-286-4900
Email: jhshriver@gmail.com

COMMON PLEAS COURT

JACKSON COUNTY OHIO

## **AFFIDAVIT**

I, Rickie L. Ross do solemly swear that all the information, contained in this civil action, is true and accurate to the best of my knowledge. That, all the documents attached as exhibits are exact duplicates of the documents I recieved from the offices of each stated document.

*Rickie L. Ross*

AFFIANT

Sworn to, Or affirmed, and subscribed to in my presence this ___5___ day of __January__, 20__13__

*Melissa Bradley*

Notary

___8-11-2013___

My Commission Expires On

# JACKSON COUNTY MAJOR CRIMES TASK FORCE

## EVIDENCE LIST

CASE #

PG 2

CTF-11-003

ITEM                                                    SEARCH WARRANT EVIDENCE

Bill from Attorney Steven Story for Rick Ross.

ITEM

4 bottles of testosteroone.

ITEM

Red 2008 Nissan Altima 2dr. Vin # in4bl24e58ci688712

ITEM

Grown light & power supply system in the trunk of the above said red 2008 Nissan Altima.

ITEM

ITEM

ITEM

ITEM

## JACKSON COUNTY JOINT CRIMINAL TASK FORCE
### SEIZED/INVENTORY SHEET

OFFICER SERVING WARRANT: _Deputy Keith Copas_

DEPARTMENT: _Jackson County Sheriff's Office_

OFFICER RECORDING: _Det Lt Jim Mahoning_

DEPARTMENT: _Jackson County Sheriff's Office_

DEFENDANT/SUSPECT: _Cindy Ross Townsend_

ADDRESS OF DEFENDANT/SUSPECT: _11 East C" Street Wellston Ohio 45252_

SSN: _XXX - XX - 9514_ DOB: _05-27-1966_

DATE: _02-24-2011_ TIME: _11:25pm_ DEPARTURE TIME: _1.10 A.M_

CASE# _____

| NO. | ITEM SEIZED | LOCATION | OFFICER |
|-----|-------------|----------|---------|
| 1 | $ 860⁰⁰ CASH | Right Rear Pocket of Cindy | Copas |
| 2 | 5 380 Shells | Top Pocket of Suitcase Kitchen | '' |
| 3 | Small Black Safe & Contents | Livingroom | '' |
| 4 | Sony #16 SD Card | Tool Box Livingroom | '' |
| 5 | Benadryl Bottle w/ 4 Caplets | '' '' '' '' | '' |
| 6 | Plastic Baggie Containing 6 Rolled Cigarets | Cindy's Purse Kitchen | '' |
| | E-Z Widow Paper Purple Pill container w/2 pills | Cindy's Purse '' | '' |
| | Razor Blade | '' '' '' | '' |
| 7 | Plastic Bag Containing DarkColored Substance | Cindy's R/F Pocket | '' |
| 8 | Verizon Bill For Rick Ross | Dinning Room | '' |
| 9 | Bill From Steven Story Attorney For Rick Ross | '' '' | '' |
| 10 | 4 Bottles of Testosterone | Basement | '' |
| 11 | 2008 Nissan 2 Dr Red Tag # EHQ9050 | | |
| | VIN # 1N4BL24E58C168107 | Outside | Masters |
| 12 | Grow Light Power Supply For Light | | |
| | In Trunk of 2008 Nissan - Still at Jaso | | |
| | | | |
| | | | |
| | Evidence 1 Thru 10 Turned Over To Tom Masters | | |
| | | | |
| | Items 11 & 12 Will Be At Ron's Impound Lot. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



# JACKSON POLICE DEPARTMENT
## Property/Evidence Receiving Form

| SEQUENCE # | CASE # | DATE | RECEIVING OFFICER |
|---|---|---|---|
| N/A | 20E-11-003 | 2-24-11 | C.181L |

| PROPERTY FOR WHOM DETAINED | | |
|---|---|---|
| NAME | ADDRESS | TELEPHONE |
| Cody Townsend (Ross) | | |

| SS # | DATE OF BIRTH | HEIGHT | WEIGHT |
|---|---|---|---|
| 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 | 5-27-66 | | |

PURPOSE FOR WHICH DETAINED

☑ Evidence   ☐ Lost and Found   ☐ Safekeeping   ☐ Other

Additional Info:

SEARCH WARRANT EVIDENCE

| ITEM # | QTY. | DESCRIPTION OF ARTICLES |
|---|---|---|
| 11 | 1 | RED NISSAN 2DR. TAG# EHQ 9059 |
| | | VIN# 1N4BL24E58C168671 |
| 12 | 1 | STROBE LIGHT & POWER Supply Supply for Light IN TRUNK OF 2008 NISSAN (ITEM #11) |
| | | |
| | | |
| | | EVIDENCE 1 THRU 10 TURNED OVER TO I.U. MASTERS. ITEM #12 AT JCSO. AND ITEM #11 TAKEN TO RONS GARAGE. |
| | | |
| | | |
| | | |
| | | |

RELEASED PROPERTY/EVIDENCE TO EVIDENCE CUSTODIAN

| RECEIVING OFFICER SIGNATURE | EVIDENCE CUSTODIAN SIGNATURE |
|---|---|
| C.181L | |

# JACKSON POLICE DEPARTMENT
## Property/Evidence Receiving Form



| SEQUENCE # | CASE # | DATE | RECEIVING OFFICER |
|---|---|---|---|
| N/A | CRF-11-003 | 2-24-11 | |

**PROPERTY FOR WHOM DETAINED**

| NAME | ADDRESS | | TELEPHONE |
|---|---|---|---|
| Chidey Townsend (Ross) | 14 East "C" St, Wellston OH | | |
| SS # | DATE OF BIRTH | HEIGHT | WEIGHT |
| 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 | 5-22-66 | | |

**PURPOSE FOR WHICH DETAINED**

☒ Evidence   ☐ Lost and Found   ☐ Safekeeping   ☐ Other

Additional Info:

*Search Warrant Evidence*

| INVENTORY TRACKER | # | QTY. | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| X8C7 | 1 | 1 | # 820.00 in Cash |
| | 2 | 5 | 380 cal. Ammo Shells |
| | 3 | 1 | Black safe & contents |
| X6AR | 4 | 1 | Sony #16 SD card |
| X6AT | 5 | 1 | Benadryl Bottle w/4 caplets  5 pills - Total |
| | 6 | 1 | Plastic Dog Container, 6 rolled Cigarettes, E-Z Wider papers, purple pill container w/2 pills and razor blade. |
| X6AV | 7 | 1 | Plastic Dog Container, Dark Colored Substance, (white rock substance as well) |
| X6C7 | 8 | 1 | Verizon bill for Rick Ross. |
| X6AX | 9 | 1 | Bill from Steve Shorey Attorney for Rick Ross |
| | 10 | 4 | Bottles of Testosterone |

**RELEASED PROPERTY/EVIDENCE TO EVIDENCE CUSTODIAN**

| RECEIVING OFFICER SIGNATURE | EVIDENCE CUSTODIAN SIGNATURE |
|---|---|
| | |

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription     03/07/2011

Joshua Ross, White Male, DOB 12/17/1989, SSAN 270-92-748, of 11 East C Street, Wellston, Ohio, was contacted while detained at the Jackson County Sheriff's Office. Ross had been present at his home when Jackson County Probation Officials, doing a routine probation visit, discovered a marijuana grow operation in the basement of the house. After being advised of the identities of SA McCormick, TFO Music, and SA Gordon of the USSS, Ross stated that he wanted to "say right up front that the marijuana grow operation is mine." Ross thereafter provided the following information:

Josh started the grow operation about 3 months ago, and has not had the opportunity yet to harvest or sell any. Josh bought the starter plants from Guy Gee, and bought some clones from "Fresh." Fresh sells every kind of illegal drug, and everything drug related. There is some "real good weed" in the end stand in the living room that belongs to Josh.

Josh stated that Cindy Ross, his mother, does not like the fact that the grow room is in the basement. She believes that is disrespectful to her mother, Josh's Grandmother. Josh stated that Rick was did not know about the grow room.

Josh, his sister Ashley, her boyfriend Lester Mullens, father Rick Ross all live at the residence at 11 E C Street. Rick Ross drives the red Nissan Altima.

Investigation on     02/18/2011     at  Jackson, Ohio

File #  192D-CI78554

Date dictated

by     SA Jeffrey S. McCormick

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

## JACKSON COUNTY JOINT CRIMINAL ASK FORCE
### SEIZED/INVENTORY SHEET

OFFICER SERVING WARRANT: _DEPUTY KEITH COPAS_

DEPARTMENT: _Jackson County Sheriff's Office_

OFFICER RECORDING: _DET LT Jim Mannering_

DEPARTMENT: _Jackson County Sheriff's Office_

DEFENDANT/SUSPECT: _Ricky Ross_  _Ricky L. Ross_

ADDRESS OF DEFENDANT/SUSPECT: _11 East "C" St Wellston Ohio 45692_

SSN: _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_

DATE: _02-18-2011_  TIME: _3:00 P—_ DEPARTURE TIME: _$115 P—_

CASE# _____

_No Finger prints to implicate me_

_Everything could have been Finger printed and writing sample could have been done to show whose mead note book and marijuana_

| NO. | ITEM SEIZED | LOCATION | OFFICER |
|---|---|---|---|
| 1 | Savage Rifle W/ Scope Model 93R17 (7th) w/ clip | Bedroom off Dining Room | Copas. |
| 2 | High Time Magazine (420) | Bedroom off Dining Room | EDH/out |
| 3 | " " " (Global Harvest Report) | " " " " | " |
| 4 | " " Calendar | " " " " | " |
| 5 | Pink I Phone | " " " " | " |
| 6 | I Pod | " " " " | " |
| 7 | Drug Parph., Lighters, Pipes | " " " " | " |
| 8 | Red Bong w/ Padded case | " " " " | " |
| 9 | Grey Steel Cyclinder w/ Unknown Contents | Basement | Copas. |
| 10 | White Watering Pump (Hand Pump) | Basement | Copas |
| 11 | White Bucket w/ Dyna Grow Super Thrive Hydrofarm, Timm | Basement | " |
| 12 | Mead Spiral Note Book | Living Room Stand | Copas |
| 13 | 65 Potted Plants | Basement | EDH/in |
| 14 | 89 Starter Plants in Plastic Container | Kitchen | " |
| 15 | Cannon 3 in 1 Scannnl Ser #QE36376DBO1-01 | Living Room | Corduff |
| 16 | " " " Smart MP250 Brand New Still in Box. | Kitchen | EDH/in |
| 17 | Large Grey Cyclinder | Basement | " |
| 18 | Activator Booster Max 6 in | " " | EDH/in |
| 19 | All System Cond Set | " " | Copas |
| 20 | Maxi-Umb 1000 MH Bulb. | " " | " |
| 21 | White Bucket w/ Green Vegetation | " " | " |
| 22 | Bag of Pro Mix | " " | " |
| 23 | 8 Empty Pill Bottles w/ Lester Mullins Name | Kitchen Cabinet | " |

_All Evidence given to Chief Deputy Jim EDH/in_

## JACKSON COUNTY JOINT CRIMINAL TASK FORCE
### SEIZED/INVENTORY SHEET

OFFICER SERVING WARRANT: _Deputy Keith Copas_
DEPARTMENT: _Jackson County Sheriff's Office_
OFFICER RECORDING: _Det Lt Jim Mangrine_
DEPARTMENT: _Jackson County Sheriff's Office_
DEFENDANT/SUSPECT: ~~Rick Ross~~ Ricky L Ross
ADDRESS OF DEFENDANT/SUSPECT: _11 East "C" Street Wellston, Ohio 45692_
SSN: _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_            DOB: _12-04-1955_
DATE: _02-18-2011_   TIME: _3:00pm_ DEPARTURE TIME: _5:15pm_
CASE# _____  _no finger prints to implicate me_

| NO. | ITEM SEIZED | LOCATION | OFFICER |
|-----|-------------|----------|---------|
| 24 | White Grow Light | Basement | Copas |
| 25 | White Grow Light | " | |
| 26 | White Grow Light | " | |
| 27 | $1,120.00 Cash | Ricky L Ross | |
| | All evidence given to Chief Deputy Jim Cophlin | | |

## SEIZURE/FORFEITURE FORM

I, _Rickie Ross_, have been advised
pursuant to the requirements of the seizure/forfeiture sections
of the Ohio Revised code, that my property (described below)
is being seized by the law enforcement agency stated below.
I have also been placed on Notice as to the fact that no liens
may be placed on the vehicle, neither may I transfer any rights
I have in the property pending the disposition of the forfei-
ture action.

DESCRIPTION OF PROPERTY: (Fill out as complete as possible)

Seizing Agency/Officer _Jackson County Sheriff's Office_

Type of Property: _Cash $ 1,120.00_

Year: _____ Registration: _____ State: _____

Mileage: _____ VIN #: _____
Seizure Date: _____ Any Valid Liens: _____
Make/Model: _____
Location of Seizure: _____
Property in Whose Possession When Seized: _____

Party in Interest: _____
                        (Name)

                   _____
                    (Address)

                   _____
                   (City/State)          (Phone#)
Charges: _____
         (Section and Degree)

Statements made by Party in Interest concerning property:

_____

_____

                        Party in Interest (signature)

_____
Officer (Signature)

_____
Witness (Signature)

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

SNMC People.

Date of transcription 03/07/2011

On 02/15/2011, a surveillance was initiated in the area of 11 E C Street, Wellston, Ohio. Present during the surveillance were SA Jeffrey S. McCormick, and TFOs Mike Music, Tom Masters, and Jim Ephlin. The following observations were made:

2:00pm - A Ford Taurus pulled next to a Ford Explorer bearing Ohio tag number FBI5803 at the Kroger, and the passenger of the Taurus got in the Explorer. The Explorer drove to 11 E C Street, stayed 1 minute, then returned the passenger to the Taurus at Kroger. Both vehicles departed.

3:15pm - Vehicle bearing Ohio tag DWV4750 arrived at #11, departed at 3:18pm

3:43pm - A white or silver and red pickup arrived at #11, departed at 4:04pm

3:43pm - a red Chevrolet Cavalier arrived at #11, departed at 3:45pm

3:57pm - Ashley Ross arrived at #11 driving a grey GMC Jimmy

4:28pm - a Green Pontiac arrived at #11, departed at 4:36pm.

4:33pm - The GMC Jimmy arrived at #11

4:35pm - A Green Honda Civic, Ohio tag FBJ8644 arrived at #11, and departed shortly after.

4:37pm - a maroon station wagon arrived at #11, departed shortly after.

4:40pm - A vehicle bearing Ohio tag CIA1305 departed #11

4:40pm - Rick Ross arrived at #11 driving the GMC Jimmy, and departed at 4:45pm

Investigation on  02/15/2011  at Wellston, Ohio

File # 194D-CI-78554

Date dictated

by  SA Jeffrey S. McCormick

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-95)

4D-CI-78554

Continuation of FD-302 of

,On 02/15/2011  , Page   2

4:41pm - A small tan vehicle, Ohio tag ETY5215 arrived at
#11, two males exited and walked to the door at #11.
Reentered the car and departed at 4:44pm.

4:48pm - Brandon Ross arrived around the corner from #11,
driving a White Ford Explorer known to belong to Jackson
County Municipal Court Judge Mark Musick.  A white female
exited the vehicle and walked to #11.  At 4:54, a white
female exited #11, entered the Ford, which then drove
away.  The Ford was followed to the residence of Judge
Musick on Pearl Street in Jackson, Ohio, where it arrived
at 5:06pm.

5:16pm - a Kia bearing Ohio tag EBB6984 arrived at #11,
and departed at 5:17pm

5:19pm - A silver vehicle bearing Ohio tag DWX2110
arrived at #11, and departed at 5:22pm.

Surveillance Terminated.

Got to Give It, Q, At verison To set contract

Children on cell phone

**verizon**wir

PO Box 4002
Acworth, GA 30101

00083454  01 AB 0.337  ~AUTO   H42 1007 45892-1217T1

RICKIE ROSS
11 C ST E
WELLSTON, OH 45692-1217

SFCLO5

Open immediately. The details on
your revised service plan are inside.

FIRST-CLASS
MAIL
U.S. POSTAGE
PAID
VERIZON
WIRELESS

# JACKSON COUNTY SHERIFF'S OFFICE
## DETECTIVE BUREAU
### DET. LIEUTENANT JIM MANERING

Sheriff John Shasteen

Chief Deputy Jim Ephlin

ON FRIDAY FEBRUARY 18, 2011 I DEPUTY KEITH COPAS REMOVED A BILL FOLD AND MONEY FROM RICKY L ROSS LEFT FRONT POCKET AND HE HAD $150.00 IN THE WALLET AND $970.00 DOLLARS IN BILLS. ONE $10.00 BILL WAS COUNTERFIET FOR A TOTAL OF $1,120.00 IN CASH.

DEPUTY KEITH COPAS

NOTHING TO do WITH MARIJAUNA

| NARRATIVE 336-03-CCME?? | Investigative Narrative .................... | |
|---|---|---|
| | OFFENSE | INCIDENT DATE/TIME |
| STATE OF OHIO, JACKSON COUNTY | MANUFACTURE/CULTIVATE ILLEGAL DRU | 02-18-2011 14:00 |

February 18, 2011 this reporting officer was advised by Investigator Mike Music, Jackson Police Department, that he had given the Jackson County Municipal Court Probation Department information he had received that there is an Marijuana indoor grow in the basement at 11 East C Street, Wellston, Ohio. Officer Music stated that the probation department stated that several people at that residence was on probation and that they would go and do an home inspection

At this time I advised Deputy Keith Copas to meet the probation staff and go with them to the East C Street address in Wellston.

Deputy Copas did meet with the Probation staff and entered the East C Street address with them. Deputy Copas stated to me that he observed, in plain sigh,t drug paraphernalia, and could detect the smell of marijuana.

Deputy Copas was advised by the probation department staff, that a marijuana grow operation was in progress in the basement.

At this time Deputy Copas, after consulting with me, removed everyone from the home and a search warrant was ask for and granted by the Jackson County Court of Common Pleas.

*copas did not enter with probation, copas stated in preliminary as well as his statement he entered residence after probation dept entered without warrant.*

*Ephlin state he had Keith Copas meet probation smith and go to 11 east c st.*

| REASON CLEARED | ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COORP. | ☐ ARREST - JUVENILE | ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | 02-19-2011 |
| | ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |

| REPORTING OFFICER | | BADGE NO. | DATE |
|---|---|---|---|
| EPHLIN, JIM | | | 02-28-2011 |
| APPROVING OFFICER | | BADGE NO. | DATE |
| EPHLIN, JIM | | 4002 | |

## SEARCH WARRANT

### RETURN OF SEARCH WARRANT

Pag

On _02_ / _18_ / _11_ , I received this warrant, and (complete A or B):

A. Warrant Served. On _02_ / _18_ / _11_ , at 2:34PM _____M., I executed this warrant at the place or upon the person named therein. Thereafter (X one):

☒ Person present. I gave a copy of this search warrant to BETTY JANE GHEARING the person searched or at whose place the search was made.

☐ Person absent.  I left a copy of this search warrant at_____

_____

the place named in the search warrant and where the search was made, because the person at whose place the search was made was not present.

Further (X one):  ☐ No property was taken.  ☒ Property was taken, as shown by the attached Inventory/Receipt.

B. Warrant Unserved.  I am returning this search warrant unexecuted because: _____

_____

| _02_ / _18_ / _11_ | JACKSON CO SO | _4013_ | DEPUTY KEITH COPAS |
|---|---|---|---|
| Mo. Da. Yr. | Agency | Unit No. | Officer serving the warrant (signature) |

### INSTRUCTIONS (to typist)

For the heading, use a brief description of the Person/Place to be searched. Do not type a full description in the heading.

\* When typing single-asterisk blanks, separate the search warrant form from the affidavit form, because the same blanks do not appear on both forms.

\*\* When typing double-asterisk blanks, keep the search warrant form and the affidavit form together, and simultaneously type the double-asterisk blanks on both forms.

\*\*\* Do not type or sign any triple-asterisk blank, because this will be done in the judge's presence.

### INSTRUCTIONS (to officer executing search warrant)

"Legal holiday" is defined in R. C. 1.14; but see also R. C. 124.18 and R. C. 124.19.

The Knock and Announce Statute (R. C. 2934.12) provides in substance that before you can break down an outer door or inner door or window of the place to be searched, you must take these steps. (1) Knock (at the door or window). (2) Announce your identity. Example: "We're police officers." (3) Announce your authority. Example: "We have a search warrant..." (4) Announce your purpose. Example: "... to search this building." (5) Announce your demand. Example: "Open the door." (6) Receive a refusal or, after a reasonable time, no response.

IN THE COMMON PLEAS COURT OF JACKSON COUNTY, OHIO [CR 41]
226 MAIN STREET, JACKSON, OHIO 45640 (740)286-3601

STATE OF OHIO

VS

BETTY JANE GHEARING, RECORD OWNER OF
11 WEST C STREET, SAID RESIDENCE BEING
A SINGLE STORY SAND COLORED HOME WITH BROWN SHINGLED ROOF,
ENCLOSED FRONT PORCH AND ENTRANCES FROM THE ALLEY, FRONT, AND
REAR, LOCATED IN THE CITY OF WELLSTON, JACKSON COUNTY, OHIO.

**FILED**
COMMON PLEAS COURT
JACKSON, OH

FEB 18 2011

SETH I. MICHAEL, CLERK

JACKSON COUNTY, OHIO

NO. _____ -CR-- _____

TO: DEPUTY KEITH COPAS
JACKSON COUNTY SHERIFF'S DEPARTMENT,
OR ANY OFFICER WITH AUTHORITY.

**SEARCH WARRANT**

From Affidavit(s) sworn to before a judge of a court of record, I, as judge of this court of record,
find that grounds exist (probable cause) for issuing this warrant.

YOU ARE COMMANDED TO SEARCH the person/place and seize the Property described
below. Your search shall be within the territorial jurisdiction of this court, within three (3) days
(excluding the date this warrant is issued, Saturday, Sunday, and any legal holiday), DURING
DAYLIGHT HOURS ONLY.

Promptly return this warrant with a written inventory of any property taken to
the undersigned Judge, LEONARD F. HOLZAPFEL.

**Property to be searched for and seized (description) include:** any marijuana, marijuana
plants, marijuana seeds, growing medium, pots, growing lights, watering systems associated with
growing plants, any currency, any items used in packaging or distribution of marijuana or other
controlled substances, any items used in processing marijuana or other controlled substances, any ledgers
of customers or payments/debts due, any currency, any counterfeit currency, any copier paper, scanners,
copiers, any narcotics or firearms, any cellular phones, cellular phone bills or evidence of cellular phone
purchases, videos, photographs, cameras, or other recording devices, computers and/or electronic storage
media that may contain evidence relevant to any transactions in controlled substances.

*Found, nothing on me.*

**Person/Place to be searched (description):**

ONE RESIDENCE BELONGING TO BETTY JANE GHEARING LOCATED AT LOCATED AT 11 WEST C STREET IN THE CITY OF WELLSTON, JACKSON COUNTY, OHIO, SAID RESIDENCE BEING A SINGLE STORY SAND COLORED HOME WITH BROWN SHINGLED ROOF, ENCLOSED FRONT PORCH AND ENTRANCES FROM THE ALLEY, FRONT, AND REAR, AS WELL AS ANY PERSONS OR VEHICLES THAT MAY BE LOCATED ON OR IN THE PREMISES, AND ANY CLOSED OR LOCKED CONTAINERS FOUND THEREIN OR THEREON.

_X_ City of ___ Village of ___ Twp. of _WELLSTON_, Jackson County, Ohio.

2 - 18 - 2011
Mo. Da. Yr.

2:34 p M
Time

Judge (signature)

Proof of service

        This is to show that a copy of the foregoing documents were delivered to Jackson clerk of courts to be served on defendants _____ day of _____ 2013 at the addresses listed in the court files.

Rick Ross pro se

67 410 Murphy Rd.

McArthur Ohio.

   45651

Ashlee Ross pro se

11 E. C St.

Wellston, Ohio.

   45692